UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                          CHAPTER 13

MARCEE JEFFERS                                                  CASE NO. 11-80943

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Chase Home Finance LLC              **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 3876

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $10,569.09 (Per Creditor's Proof of Claim) |
| | +   300.00 (Allowed Cost of Collection) |
| | +   200.00 (Allowed Cost of Collection) |
| | $11,069.09 |
| Amount Paid by Trustee | $11,069.09 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐   Thru the Chapter 13 Plan | ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/10/2016                /s/Lydia S. Meyer
                                 Lydia S. Meyer, Trustee
                                 308 W. State St., Suite 212
                                 Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 10th Day of March, 2016.

Dated:  3/10/2016                /s/Cynthia K. Burnard

CHASE HOME FINANCE LLC
% JP MORGAN CHASE BANK NA
3415 VISION DRIVE   OH-7142
COLUMBUS, OH 43219

CHASE MORTGAGE
10790 RANCHO BERNARDO
SAN DIEGO, CA  92127

CHASE HOME FINANCE LLC
3415 VISION DRIVE
MC:  OH4-7164
COLUMBUS, OH 43219

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

MARCEE JEFFERS
PO BOX 15083
LOVES PARK, IL  61132

ERIC PRATT LAW FIRM PC
ATTORNEY PHILIP H. HART
3957 N. MULFORD RD., SUITE C
ROCKFORD, IL  61114